**DAYDANYON CORPORATION,**
Appellant

v.

**UNITED STATES DEFENSE LOGISTICS AGENCY,**
Appellee

**2016-1345**

United States Court of Appeals, Federal Circuit.

January 17, 2017

MARC STEVEN KAUFMAN, Vandiver & Kaufman, Lavonia, GA, argued for appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Dyk and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.